# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-cr-40071-2-JAR |
| | ) | |
| AMANDA RENE BALOCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter is currently before the Court on Defendant Amanda Rene Baloch's Motion for Prior Approval for Obtaining Her Passport and Traveling Outside of the United States (Doc. 116). Defendant seeks Court approval to obtain her passport and travel to Pakistan for approximately three weeks, so that she and her children can visit her ex-husband, co-defendant Maqsood Alam Baloch. In the motion, Defendant also requests a hearing. The Government responded, opposing the motion. The motion is fully briefed, and the Court is prepared to rule without the need for a hearing. For the reasons described below, the Court denies Defendant's motion.

On March 5, 2012, this Court sentenced Ms. Baloch for Bank Fraud, a Class C Felony. Ms. Baloch received a zero-month term of imprisonment with two years of supervised release. In addition to the mandatory and standard conditions of supervision, the Court ordered her to pay restitution in the amount of $55,719.24. Ms. Baloch has been compliant with the conditions of supervision, including the financial payment agreement executed by the probation office. While the Court recognizes and commends Ms. Baloch's compliance with supervision, the Court finds that approval for Defendant's travel outside of the United States is inappropriate at this time for

the following reasons: (1) Ms. Baloch has only been on supervision for a short amount of time, (2) the Court will not have the ability or jurisdiction to supervise Defendant while she is out of the country, and (3) the Court cannot assure her return to the United States.  For those reasons, the Court denies Defendant's motion and finds that no hearing is necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Motion for Prior Approval for Obtaining Her Passport and Traveling Outside of the United States (Doc. 116) is DENIED.

**IT IS SO ORDERED**.

Dated: July 24, 2012

 S/ Julie A. Robinson

JULIE A. ROBINSON

UNITED STATES DISTRICT JUDGE